UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHARLIE SANTIAGO,                                              :
                       Plaintiff,                :
                                                    :    **SCHEDULING ORDER**
     -against-                                                  :
                                                    :    25 Civ. 2994 (AKH)
CITY OF NEW YORK, et al.,                                      :
                       Defendants.               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference scheduled for October 3, 2025 is hereby adjourned to **Friday, October 17, 2025, at 10:00 a.m**.  The parties are hereby ordered to appear for a status conference on **Friday, October 17, 2025, at 10:00 a.m**., which will be held via the following dial-in information:

        **Call-in number: 646-453-4442**

        **Access code: 930 597 021#**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

        By October 14, 2025, at 12:00 p.m., the parties shall file, via ECF, a proposed case management plan, using the template provided on the Court's webpage.

        Finally, no later than October 14, 2025, at 12:00 p.m., the parties shall jointly submit to the Court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the conference, along with their contact information.

The Clerk of Court is respectfully requested to terminate ECF No. 18.

SO ORDERED.

Dated: September 26, 2025         /s/ Alvin K. Hellerstein
New York, New York         ALVIN K. HELLERSTEIN
         United States District Judge